IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MICHELLE BERTONIERE                                                               PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 2:09CV156KS-MTP

FIRST MARK HOMES, INC.; HAYES CREEK TURF, INC.;
DELTRICK McGAW; and JOHN DOES 1-10                                 DEFENDANTS

---

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO CLAIMS AGAINST HAYES CREEK TURF, INC.**

---

THIS DAY this cause was heard upon joint motion of Plaintiff and Defendant, Hayes Creek Turf, Inc., for entry of this Order dismissing Defendant, Haynes Creek Turf, Inc. from the above styled action, with prejudice. This Court, pursuant to the aforementioned agreement between Plaintiff and Defendant, is of the opinion that said motion is well taken and should be and is hereby GRANTED.

IT IS THEREFORE, ORDERED AND ADJUDGED AND DECREED that this cause against Hayes Creek Turf, Inc. be, and the same is hereby dismissed without prejudice, with the respective parties to bear their costs. All claims against First Mark Homes, Inc. and Deltrick McGaw remain pending.

SO ORDERED AND ADJUDGED, this 22nd day of March, 2010.

                 s/David Bramlette
                 UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ R. Hayes Johnson, Jr.
R. Hayes Johnson, Jr., MSB No. 10697
*Attorney for Plaintiff,*
*Michelle Bertoniere*

1

_____
Dorrance Aultman, MSB No. 1661
*Attorney for Defendants, First Mark*
*Homes, Inc. and Deltrick McGaw*


_____Clark Hicks_____
L. Clark Hicks, Jr., MSB No. 8963
*Attorney for Defendant,*
*Hayes Creek Turf, Inc.*